**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ENVIRONMENT AMERICA, INC., d/b/a ENVIRONMENT RHODE ISLAND Plaintiff : : : : | |
| v. : : | CIVIL NO: 1:22-CV-00307-MSM-PAS |
| KENYON INDUSTRIES, INC. d/b/a BROOKWOOD FINISHING and BROOKWOOD COMPANIES INCORPORATED : : : : | |

**STIPULATION TO EXTEND DEADLINE**

Plaintiff Environment American, Inc. d/b/a Environment Rhode Island ("Plaintiff") and Defendants Kenyon Industries d/b/a Brookwood Finishing and Brookwood Companies Incorporated ("Defendants") (collectively, "Parties"), through their respective counsel, enter into the following stipulation.

WHEREAS, the Parties have agreed to extend the deadline for completion of Field Trials under Paragraph 12(b)(ii) of the Consent Decree and Order [ECF No. 16] from April 21, 2024 to August 15, 2024;

WHEREAS, the Parties agree that no stipulated penalties will accrue during this delay; and

WHEREAS, the Parties further agree that this will be the only discretionary extension granted by Plaintiff, and that stipulated penalties will accrue for additional delays that do not fall under Permitted Exceptions (i), (ii), or (iii) set forth in Paragraph 12 of the Consent Decree and Order.

NOW THEREFORE, the Parties, through their respective counsel, hereby stipulate and agree to extend the deadline for completion of Field Trials to August 15, 2024, in accordance with the conditions set forth herein.

Dated:  April 18, 2024

ATTORNEYS FOR PLAINTIFF:

*/s/ Matthew J. Donohue*
Matthew J. Donohue
Joshua R. Kratka
Charles C. Caldart
*Admitted pro hac vice*
National Environmental Law Center
294 Washington Street, Suite 500
Boston, MA 02108
(617) 747-4304 (phone)
mdonohue@nelc.org

ATTORNEYS FOR DEFENDANTS:

KENYON INDUSTRIES, INC. d/b/a
BROOKWOOD FINISHING and
BROOKWOOD COMPANIES INCORPORATED

By its attorneys,

*/s/ Robin L. Main*
Robin L. Main (4222)
*rmain@hinckleyallen.com*
Christine E. Dieter (9859)
*cdieter@hinckleyallen.com*
HINCKLEY ALLEN & SNYDER, LLP
100 Westminster Street, Suite 1500
Providence, RI 02903-2319
T:  (401) 274-2000
F:  (401) 277-9600

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2024, I filed a copy of this document with the Court's ECF system, which will cause an electronic notice of such filing to be sent to all counsel who have appeared in this case.

*/s/ Robin L. Main*